**4**

JOHN R. ROBERTS
Bankruptcy Trustee
Court@bankruptcy-info.com
P.O. Box 1506
Placerville, CA  95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. **13-30496-D-7** |
| **EDWARD MASAO KURATA**<br>**LORRAINE ALAI KURATA** | DC NO. **JRR-1** |
| Debtor(s).<br>_____/ | DATE: **NOVEMBER 13, 2013**<br>TIME:  **10:00 A.M.**<br>COURTROOM:  **34** |

**TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY**
**11 U.S.C. § 363(b)**

The Motion of JOHN R. ROBERTS, as Trustee of the estate of the above-named debtor, respectfully represents:

1. That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtors

2. That movant has, as such Trustee, possession of the following asset belonging to the debtors' estate:

> **Single Family Residence commonly known as**
> 1953 Eagle Glen Dr. Roseville, CA 95661
> APN:  456-060-008-000

3. That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and said sale is for the fair market value.

4. The Trustee has received an offer from MAOWEN HU and XINCHUN LIN, no relationship to the debtor, for the sum of $740,000.00 cash as evidenced by the

1

Residential Purchase Agreement and Joint Escrow Instructions attached to the Exhibits and marked as **Exhibit "A"**.

5. Any costs to be paid will be paid as agreed upon in the attached offer.

6. An escrow has been opened at OLD REPUBLIC TITLE COMPANY, escrow number 2123014980-RB and a $7,400.00 deposit has been placed with said title company.

7. Liens recorded against the property will be paid. Trustee has reviewed the Preliminary Title Report and has accounted for all recorded liens. A copy of the Preliminary Title Report is attached to the Exhibits as **Exhibit "B".**

8. The property is not secured by any Deeds of Trust.

9. The property is secured by a lien recorded by Franchise Tax Board on December 9, 2009. The secured lien totals $302,041.00.

10. Franchise Tax Board has entered into a Stipulation with the Trustee for carve out of the penalty portion of the statutory lien pursuant to 11 U.S.C. § 724(a) and 11 U.S.C. § 551. Said Stipulation was filed with the Court on October 1, 2013 and provides a $15,000.00 carve out to the bankruptcy estate. See Stipulation attached to the Exhibits and marked as **Exhibit "C".** Franchise Tax Board will be paid the sum of $287,041.00 from the proceeds of sale.

11. The property is secured by a lien recorded by Internal Revenue Service on August 16, 2012. The secured lien totals $918,737.81.

12. Internal Revenue Service has entered into a Stipulation with the Trustee for carve out of the penalty portion of the statutory lien pursuant to 11 U.S.C. § 724(a) and 11 U.S.C. § 551. Said Stipulation was filed with the Court on September 30, 2013 and provides a $17,500.00 carve out to the bankruptcy estate. See Stipulation attached to the Exhibits and marked as **Exhibit "D".** Internal Revenue Service will be paid the sum of $355,994.64.00 from the proceeds of sale.

13. Real property taxes, homeowner association dues and utility liens will be paid from the escrow, as applicable, along with the usual and customary escrow and title fees.

14. ANN BRYANT OF LYON REAL ESTATE has been employed by this Court to list and market the property pursuant to the Court's Order, a copy of which is attached to the Exhibits as **Exhibit "E".** The listing agreement called for real estate commission to be paid in the sum of six percent (6%) of the sales price.

15. Trustee seeks authorization to pay real estate commissions in the amount of six percent (6%) of the purchase price. Through escrow on the sale of the Property, and subject to Bankruptcy Court approval, the Trustee shall pay commissions as follows:  $25,900.00 to ANN BRYANT of LYON REAL ESTATE, Auburn and $18,500.00 to RANDY SCHUE of LYON REAL ESTATE, Roseville.

16. The bankruptcy estate will net approximately $32,500.00 from the sale. A copy of the estimated closing statement is attached to the exhibits as **Exhibit "F".**

17. The Property is being sold on an "AS IS" basis without warranties of any kind, expressed or implied, being given by the Seller, concerning the condition of the Property or the quality of the title thereto, or any other matters relating to the Property.

18. The fourteen (14) day stay period of the order approving the sale of the Property under Federal Rules of Bankruptcy Procedure 6004(h) is requested to be waived.

**WHEREFORE,** based upon the foregoing, the Trustee respectfully submits that good cause exists for granting the Sale Motion and requests that the Court enter an order as follows:

1. Authorizing the Trustee to sell the Property to the Buyer (or Successful Bidder) pursuant to the terms and conditions as set forth in the Residential Purchase Agreement and Joint Escrow Instructions attached to the Exhibits and marked as **Exhibit "A"**.

2. Authorizing the Trustee to sign any and all documents convenient and necessary in pursuit of the sale as set forth above, including but not limited to any and all conveyances contemplated by the sale.

3. Approving the payment of the real estate commissions in the total amount not to exceed 6% of the purchase price and all other costs associated with the sale.

4 Waiving the fourteen day stay of the order approving the sale of the Property under Federal Rules of Bankruptcy Procedure 6004(h).

5. For such other and further relief as the Court deems just and proper under the circumstances of this case.

DATED:   October 15, 2013

                                    /s/   JOHN R. ROBERTS, TRUSTEE
                                    PO Box 1506
                                    Placerville, CA  95667
                                    530-626-6441
                                    court@bankruptcy-info.com
                                    State Bar No. 77919