3

JOHN R. ROBERTS
Bankruptcy Trustee
Court@Bankruptcy-info.com
P.O. Box 1506
Placerville, CA  95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                                CASE NO. **13-30496-D-7**

**EDWARD KURATA**
**LORRAINE KURATA,**

    Debtor(s).
_____/
AKA or DBA (if any):  n/a

Address:  1953 Eagle Glen Dr.
Roseville, CA 95661

Last four digits of SSN or TIN:
xxx-xx-9882
xxx-xx-4341

Employer's Tax ID No. (if any):  n/a

**NOTICE OF TRUSTEE'S PROPOSED SALE OF PROPERTY**
**[11 U.S.C. SECTION 363]**

TO DEBTOR(S), CREDITORS, UNITED STATES TRUSTEE AND OTHER INTERESTED PARTIES:

    NOTICE IS HEREBY GIVEN that JOHN R. ROBERTS, Trustee, proposes to sell property of the above estate at a private sale as follows:

    **DATE:**     JANUARY 8, 2014
    **TIME:**     10:00 AM
    **PLACE:**   2744 Coloma Street
                    Placerville, CA 95667

**DESCRIPTION OF ASSET(S):**

<u>Unexempt equity in the following assets:</u>

Thomas Kinkade Painting "Stairway to Heaven"
Miscellaneous Musical Equipment
2000 Honda Odyssey
1998 Toyota T100
2004 Acura TL

Fair Market Value:  $26,175.00

**AMOUNT OF SECURED DEBT:**

$NONE

**AMOUNT OF DEBTOR'(S) EXEMPTION:**

$19,165.00

**TERMS AND CONDITIONS OF SALE:**

1. The Trustee has received an offer from EDWARD KURATA and LORRAINE KURATA, the debtor(s), for the sum of $2,375.00 cash, plus the secured obligation against the asset in the amount of $NONE and a credit bid of $19,165.00 (exemption amount), for a total of $21,540.00.

2. Asset(s) shall be sold "as is" and the trustee makes no warranty on the condition of the asset(s).

The Trustee feels that it is in the best interest of the estate that said asset(s) be sold in that it will generate cash for the estate and said sale is for the fair market value.

Unless written objections and/or a request for a hearing are served on the moving party and filed with the Clerk of the Court not less than fourteen (14) days before the date set for the sale, the sale will become final.

File your written response with the Court at:

U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA  95814

| | |
|---|---|
| 1 | You must also mail a copy to: |
| 2 | John R. Roberts |
| | Bankruptcy Trustee |
| 3 | P.O. Box 1506 |
| | Placerville, CA 95667 |

DATED:   December 3, 2013                         /s/  JOHN R. ROBERTS, TRUSTEE
                                                          PO Box 1506
                                                          Placerville, CA  95667
                                                          530-626-6441
                                                          court@bankruptcy-info.com
                                                          State Bar No. 77919