**2**

JOHN R. ROBERTS
Bankruptcy Trustee
Court@bankruptcy-info.com
P.O. Box 1506
Placerville, CA  95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:                                                    CASE NO. **13-30496-D-7**

**EDWARD KURATA**
**LORRAINE KURATA**

    Debtor(s).
_____/

**REPORT OF SALE BY TRUSTEE PURSUANT TO RULE 6004(f)(1)**

The following is an itemized statement of the property sold by the trustee, the name of each purchaser, and the price received for each item or lot:

| **DESCRIPTION OF PROPERTY** | **NAME OF PURCHASER** | **PRICE** |
|---|---|---|
| Real Property commonly known as 1953 Eagle Glen Dr. Roseville | Dhaval & Priti Patel | $800,000.00 |
| Thomas Kinkade Painting | Debtors | $       500.00 |
| Miscellaneous Musical Equip | Debtors | $    3,150.00 |
| 2000 Honda Odyssey | Debrors | $    4,550.00 |
| 1998 Toyota T100 | Debtors | $    4,865.50 |
| 2004 Acura TL | Debtors | $    8,475.00 |

DATED:   January 8, 2014

/s/   JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA  95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919